

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

June 24, 2015

**VIA ECF**

Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

   **Re:** *East Coast Test Prep LLC, et al. v. Allnurses.com, Inc., et al.*
      **Civil Action No. 15-cv-3202 (MCA) (MAH)**

Dear Judge Arleo:

  This Firm represents Defendants Allnurses.com, Inc. and Brian Short, R.N. (collectively, "Defendants") in the above-captioned matter. In accordance with Local Civil Rule 7.1(h), we write to request an extension of time to file a response to Plaintiffs' opposition brief and cross motion to transfer, which were filed with the Court late in the evening of June 22, 2015. *See* L. Civ. R. 7.1(h) ("Upon the request of the original moving party, the Court may enlarge the time for filing a brief and/or papers in opposition to the cross-motion and adjourn the original motion day.").

  An extension of time is respectfully requested for two reasons. First, Plaintiffs raise new issues in their cross motion to transfer, which Defendants will need to analyze and research before being able to formulate a proper response. At the same time, Defendants also will need to research and respond to the arguments Plaintiffs claim militate against dismissing this matter under Federal Rule of Civil Procedure 12(b)(2). Second, I have a pre-planned family vacation, and will be out of the office (with limited access to a computer) from June 25, 2015 to July 4, 2015.

  For these reasons, we respectfully request until July 10, 2015 to file a combined brief, responding to the arguments advanced in Plaintiffs' opposition brief and cross motion to transfer. We thank the Court for its kind consideration of this application.

               Respectfully,

               s/ Keith J. Miller
               Keith J. Miller

cc: All counsel of record (*via* ECF)