UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| EAST COAST TEST PREP, LLC d/b/a Achieve Test Prep, and MARK OLYNYK, | Civil No. 15-3705 (JRT/SER) |
| Plaintiffs, | |
| v. | **ORDER** |
| ALLNURSES.COM, INC.; ABC COMPANIES 1-10; JOHN DOES 1-10; DAVID R. SMITS, as Administrator of the Estate of Brian Short; LISA DUKES JENNIFER MOELLER, and UHURA RUSS, | |
| Defendants. | |

---

Richard L. Ravin, **HARTMAN & WINNICKI, P.C.**, 74 Passaic Street, Ridgewood, NJ 07450; Robert A. Lengeling and Thomas M. Beito, **BEITO & LENGELING, PA**, 310 Fourth Avenue South, Suite 1050, Minneapolis, MN 55415; and Charles S. Kramer and Paul A. Grote, **RIEZMAN BERGER, P.C.**, 7700 Bonhomme Avenue, Seventh Floor, St. Louis, MO 63105, for plaintiffs.

Justin Taylor Quinn and Keith John Miller, **ROBINSON MILLER LLC**, One Newark Center, Nineteenth Floor, Newark, NJ 07102, and James J. Kretsch, Jr. and John D. Reddall, **KRETSCH LAW OFFICE, PLLC**, 17850 Kenwood Trail, Suite 219, Lakeville, MN 55044, for defendants Allnurses.com, Inc., David R. Smits, and Lisa Dukes.

Jennifer Moeller, 7239 East Knoll Street, Messa, AZ 85207, *pro se* defendant.

A Report and Recommendation was filed by Magistrate Judge Steven E. Rau on August 23, 2017 (Docket No. 409). No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge dated August 23, 2017 [Docket No. 409]. Accordingly, **IT IS HEREBY**

**ORDERED** that Defendant Jennifer Moeller's Motion for Dismissal Based on Lack of Personal Jurisdiction [Docket No. 350] is **GRANTED**.

Dated: September 15, 2017
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court