**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| EAST COAST TEST PREP LLC and MARK OLYNYK,<br><br>Plaintiffs,<br><br>v.<br><br>ALLNURSES.COM, INC., ABC COMPANIES, JOHN DOES, DAVID R. SMITS, LISA DUKES, and UHURA RUSS,<br><br>Defendants. | Civil No. 15-3705 (JRT/SER)<br><br>**ORDER** |

Richard L. Ravin, **HARTMAN & WINNICKI, P.C.**, 74 Passaic Street, Ridgewood, NJ 07450, and Charles Kramer, Paul A. Grote, **RIEZMAN BERGER, P.C.**, 7700 Bonhomme Avenue, Seventh Floor, Saint Louis, MO 63105, Robert A. Lengeling, Thomas Beito, **BEITO & LENGELING, PA,** 310 Fourth Avenue South, Suite 1050, Minneapolis, MN 55415 for plaintiffs.

Uhura Russ, 7405 Woolston Avenue, Philadelphia, PA 19138, *pro se* defendant.

An amended Report and Recommendation was filed by United States Magistrate Judge Steven E. Rau, dated November 28, 2017 [Docket No. 419]. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, the Court ADOPTS the Report and Recommendation of the Magistrate Judge. **IT IS HEREBY ORDERED** that:

1. Uhura Russ's Motion for Dismissal of Claim [Docket No. 369] is **DENIED** without prejudice; and

2. Uhura Russ is ordered to submit a responsive pleading to the Third Amended Complaint [Docket No. 268] within 30 days.

Dated: December 18, 2017
at Minneapolis, Minnesota

          s/John R. Tunheim
          JOHN R. TUNHEIM
          Chief Judge
          United States District Court