# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| EAST COAST TEST PREP LLC d/b/a Achieve Test Prep, and MARK OLYNYK<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>ALLNURSES.COM, INC., DAVID R. SMITS, as Administrator of the Estate of Brian Short, ABC COMPANIES 1-10 JOHN DOES 1-10, LISA DUKES, JENNIFER MOELLER, and UHURA RUSS,<br>　　　　　　Defendants. | Court File No. 15-cv-03705 (JRT/SER) |

## <u>DEFENDANT RUSS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR ALTERNATELY FOR IMPROPER VENUE</u>

Defendant Uhura Russ, pursuant to Rule 12(b)(2) and (3) of the Federal Rules of Civil Procedure, hereby moves the Court for an order to dismiss the above-captioned matter against Ms. Russ. This motion will be supported the memorandum of law, Ms. Russ' declaration, a reply memorandum to be filed after any response from Plaintiffs, the arguments of counsel all matters contained in this file, and any other evidence or support properly submitted to and received by the Court.

LEVENTHAL pllc

Dated: May 8, 2018

By:/s/ *Seth Leventhal*

Seth Leventhal (#0263357)
Brandon Meshbesher (#0397582)
527 Marquette Ave. S. Suite 2100
Minneapolis, MN 55402
Telephone: (612) 217-4273
Email: seth@leventhalpllc.com
Email: brandon@leventhalpllc.com

*Attorneys for Defendant Russ*

4830-6516-3621, v. 1

*Motion to Dismiss for Lack of Personal Jurisdiction & Improper Venue*