# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| EAST COAST TEST PREP LLC d/b/a Achieve Test Prep, and MARK OLYNYK<br><br>Plaintiffs,<br><br>vs.<br><br>ALLNURSES.COM, INC., DAVID R. SMITS, as Administrator of the Estate of Brian Short, ABC COMPANIES 1-10 JOHN DOES 1-10, LISA DUKES, JENNIFER MOELLER, and UHURA RUSS,<br><br>Defendants. | Court File No. 15-cv-03705 (JRT/SER) |

## DECLARATION OF UHURA RUSS IN SUPPORT OF HER MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Uhura Russ, do hereby declare the following:

1. My name is Uhura Russ and I submit this declaration on personal knowledge.

2. For thirty years, I have resided in Philadelphia, Pennsylvania.

3. I have never been to Minnesota.

4. I own no property in Minnesota.

5. I have no bank accounts in Minnesota.

6. To the best of my knowledge, I have no connections of any kind to the state of Minnesota.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge, everything I state in this document is true and correct.*

Dated: May 8, 2018    Signed and dated:

_____
Name (in print): Uhura Russ

4843-0216-4043, v. 1